UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Joe N. Powell, Sr.

                  Plaintiff,

v.                                          Case No.: 1:14–cv–00174

                                                  Honorable John Robert Blakey

Roseland Community Hospital Association, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 5, 2017:

       MINUTE entry before the Honorable John Robert Blakey: Pursuant to the stipulation of dismissal [120], this case is hereby dismissed with prejudice as to the United States of America. Additionally, Plaintiff's unopposed motion to dismiss as to the remaining Defendants (Roseland Community Hospital Association d/b/a Roseland Community Hospital, Emergency Medical Specialists, S.C., and Larry Mitchell, M.D.) for lack of subject matter jurisdiction [121] is granted, and the case is hereby dismissed without prejudice as to these Defendants under Rule 41(a)(2). The 5/9/17 Notice of Motion date is stricken, and the parties need not appear. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.